IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

TEX PAT, LLC,

    *Relator,*

v.

(1) THERMO FISHER SCIENTIFIC INC.,
(2) THERMO ELECTRON NORTH AMERICA LLC,
(3) THERMO ELECTRON SCIENTIFIC INSTRUMENTS LLC,
(4) THERMO FISHER SCIENTIFIC (BREMEN) GMBH, AND
(5) THERMO ELECTRON AUSTRALIA PTY LIMITED
    *Defendants.*

Case No. 5:10-cv-00145-DF

**JURY TRIAL DEMANDED**

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted in this case between, Plaintiff, Tex Pat LLC, and Defendants Thermo Fisher Scientific Inc. and subsidiaries Thermo Electron North America LLC, Thermo Electron Scientific Instruments LLC, Thermo Fisher Scientific (Bremen) GmbH, and Thermo Electron Australia Pty Limited (collectively "Defendant"), and the Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff and Defendant, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 12th day of September, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE